NOV 14 2025 PM2:59
FILED-USDC-CT-HARTFORD

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

IN RE: SEIZURE WARRANT | No. 3:25-mc-106 (TOF)

## APPLICATION FOR SEIZURE WARRANT

The Government, through undersigned counsel, hereby applies for a seizure warrant for: the equivalent value of USDT, or Tether, as currently associated with the following address:

TSGDmA5ftoK5qJBnACrUUZzdd4viY9haq9

In support of this application, the Government provides an affidavit, which is specifically incorporated by reference to this application, and a proposed seizure warrant. As set forth more fully in the affidavit, undersigned counsel believes that the above property is subject to forfeiture for violation of federal laws.

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

By: DAVID NELSON Digitally signed by DAVID NELSON Date: 2025.11.14 09:16:08 -05'00'

David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel: (203) 821-3700
Fax: (203) 773-5373
David.C.Nelson@usdoj.gov